UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No: 24-MJ-00159 (ZMF) |
| v. | : |
| | : |
| RONALD CLOUTIER, | : |
| | : |
| Defendant. | : |
| | : |

**Joint Motion to Continue Status Conference and Toll Speedy Trial**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, RONALD CLOUTIER, by and through his attorney, jointly move the Court for a 60-day continuance of the telephonic/VTC status conference presently set for November 12, 2024 at 1:00 p.m.

Mr. Cloutier is presently charged by Complaint with four counts: (1) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); (2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); (3) Disorderly Conduct in a Capital Building or Ground, in violation of 40 U.S.C. § 5104(e)(2)(D); and (4) Parading, Demonstrating, or Picketing in a Capital Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(G). ECF No. 1. On June 3, 2024, Mr. Cloutier was arrested on Rule 5 proceedings and a Complaint and made his initial appearance via video on June 20, 2024. ECF No. 7. He was released on conditions remains out-of-custody, residing in Rathdrum, Idaho. To date, Mr. Cloutier is in-compliance with all conditions of pretrial release.

A status conference hearing is currently scheduled for November 12, 2024 at 10:00 a.m.

1

(EST) via video.

The United States and Mr. Cloutier jointly request a continuance in the above-captioned matter for several reasons. First, more time is required to allow Mr. Cloutier to review individualized discovery related to his alleged involvement in the events of January 6, 2021. Specifically, while discovery in this matter is now substantially complete, Mr. Cloutier has received both case specific and global discovery productions that together require significant time to review. In addition, more time will be required to conduct legal research, investigate the case, and otherwise prepare for trial once such discovery is reviewed. Finally, the parties anticipate negotiating a potential resolution of this matter and additional time would facilitate those discussions.

The parties have conferred in regards to this motion and agree that a continuance of the status conference would allow Mr. Cloutier to review case specific and global discovery, and would allow the parties to potentially resolve this matter via a plea agreement. This is the parties' second request for a continuance of the status conference.

The parties have also conferred regarding the Speedy Trial Act and both agree that time should be tolled during the requested continuance. Mr. Cloutier has been advised by his counsel on several occasions of his right to a Speedy Trial and Mr. Cloutier agrees to waive such right in regards to this application.

Here, a valid basis for a continuance exists, and the ends of justice will be served by granting a continuance, which outweighs the interests of the public and Mr. Cloutier in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Notably, denying a continuance would not only result in a miscarriage of justice, but also deny defense counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(H)(7)(B)(i), (iv).

Therefore, the United States and Mr. Cloutier respectfully jointly request that the Court take the following actions:

1. Strike the status conference presently set for November 12, 2024, and reschedule the conference to a future date that is acceptable to the Court;

2. Exclude all appropriate time under the Speedy Trial Act; and

3. Extend the pretrial motions deadline accordingly.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar Number 481052<br><br>*/s/ Benjamin J. Smith*<br>BENJAMIN J. SMITH<br>Assistant United States Attorney<br>New York Bar No. 5220637<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Benjamin.smith4@usdoj.gov | */s/ J. Stephen Roberts, Jr.*<br>J. STEPHEN ROBERTS, JR.<br>*Attorney for the Defendant*<br>Federal Defenders of<br>Eastern Washington and Idaho<br>601 W. Riverside Ave., Ste. 900<br>Spokane, Washington 99201<br>(509) 624-7606<br>Steve_Roberts@fd.org |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No: 24-MJ-00159 (ZMF) |
| **v.** : | |
| : | |
| : | |
| **RONALD CLOUTIER,** : | |
| : | |
| : | |
| Defendant. : | |
| : | |

# ORDER

This matter having come before the Court pursuant to a Motion to Continue Status Conference, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for November 12, 2024, is continued to January 14, 2025, at 1:00 p.m.; and it is further

ORDERED that the period of time between November 12, 2024 and January 14, 2025 shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

_____
HONORABLE Matthew J. Sharbaugh
United States Magistrate Judge

_____
Date

1